UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re CASA COLONIAL LIMITED
PARTNERSHIP,

    Debtor,
_____/

KEITH MITAN,

    Appellant,

v.

COLLENE K. CORCORAN,

    Appellee.
_____/

Case No. 07-14020
Honorable Patrick J. Duggan

Ch. 7 Case No. 03-31410

VISURON LIMITED PARTNERSHIP,

    Appellant,

v.

COLLENE K. CORCORAN,

    Appellee.

Case No. 07-13895
Honorable Patrick J. Duggan

Ch. 7 Case No. 03-31410

## JUDGMENT

The above-captioned matters come to this Court on appeal from the United States Bankruptcy Court for the Eastern District of Michigan. In Civil Action No. 07-14020, Keith Mitan appeals an Amended Order Awarding Sanctions and an Order Denying Motion for Reconsideration of Amended Order Awarding Sanctions entered by United States Bankruptcy Court Judge Daniel S. Opperman on May 23 and September 6, 2007,

respectively. In Civil Action No. 07-13895, Visuron Limited Partnership ("Visuron"), represented by Keith Mitan, appeals the following orders entered by Judge Opperman:

> (1) Order Granting Motion to Determine that All Causes of Action for Rents, Contractual Breaches, and Interference with Contractual Relationships, Belong to the Bankruptcy Estate, dated May 23, 2007;
>
> (2) Order Denying Motion for Reconsideration of the above order, dated September 6, 2007;
>
> (3) Order Allowing Compromise of Claim with JEM Investors, LLC, dated May 4, 2007;
>
> (4) Order Denying Motion for Reconsideration of the above order, dated September 6, 2007.

In an Opinion and Order issued on this date, the Court affirms the Bankruptcy Court's decisions.

Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED**, that the appeals in Civil Actions Nos. 07-14020 and 07-13895 are **DISMISSED WITH PREJUDICE**.


Date: February 12, 2008         s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Copies to:
Thomas J. Budzynski, Esq.
Keith J. Mitan, Esq.
Hon. Daniel S. Opperman