UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re CASA COLONIAL LIMITED
PARTNERSHIP,

    Debtor,                                                  Case No. 07-13895
                                             /              Honorable Patrick J. Duggan

VISURON LIMITED PARTNERSHIP,

    Appellant,

v.

COLLENE K. CORCORAN,

    Appellee.

## ORDER AWARDING ATTORNEY'S FEES TO APPELLEE PURSUANT TO 28 U.S.C. § 1927

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on May 13, 2008.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                             U.S. DISTRICT COURT JUDGE

On February 12, 2008, this Court issued an opinion and order awarding Appellee Collene Corcoran ("Trustee") sanctions against Appellant's attorney Keith Mitan pursuant to 28 U.S.C. § 1927. In the opinion and order, the Court stated: "Upon presentation of a supporting affidavit, the Court will award the Trustee the reasonable costs and attorney's fees she has incurred defending against this appeal." (Doc. 10 at 18.) On April 24, 2008, the Trustee's counsel filed such an affidavit, seeking attorney's fees

totaling $1,645. These fees represent 4.7 hours of work at an hourly rate of $350.

The Court finds the hours that the Trustee's counsel expended on this appeal to be reasonable. The Court further finds the hourly rate sought by the Trustee's counsel to be reasonable in light of the prevailing market.

Accordingly,

**IT IS ORDERED**, that the Trustee is awarded her requested attorney's fees;

**IT IS FURTHER ORDERED**, that Keith Mitan shall pay attorney's fees to the Trustee in the amount of $1,645.00 within thirty (30) days of the date of this Opinion and Order.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas J. Budzynski, Esq.
Keith J. Mitan, Esq.