UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CASA COLONIAL LIMITED
PARTNERSHIP,

    Debtor,

_____/

VISURON LIMITED PARTNERSHIP,

    Appellant,
v.

COLLENE CORCORAN,

    Appellee.
_____/

Case No.    07-CV-13895

Honorable Patrick J. Duggan
Magistrate Judge Steven D. Pepe

Ch. 7 Case No. 03-31410

## ORDER DENYING MOTION FOR STAY PENDING APPEAL

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on July 24, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On June 26, 2008, Appellant Visuron Limited Partnership filed a Motion for Stay Pending Appeal. The Court has reviewed the motion and the brief filed in support of the motion as well the Trustee's Answer to the motion. The Court is not persuaded that the motion should be granted. As Appellant indicates, in order to be entitled to a stay Appellant must meet four factors including, "the likelihood that the party seeking a stay will prevail on the merits of the appeal." In this Court's opinion, it is not likely that Appellant will prevail

on the merits of the appeal. Therefore,

Appellant's Motion for Stay Pending Appeal is **DENIED.**

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Keith J. Mitan, Esq.
Thomas J. Budzynski, Esq.