UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CASA COLONIAL LIMITED
PARTNERSHIP,

    Debtor,

_____/

VISURON LIMITED PARTNERSHIP,

    Appellant,

v.

COLLENE CORCORAN,

    Appellee.

_____/

Case No. 07-CV-13895

Honorable Patrick J. Duggan
Magistrate Judge Steven D. Pepe

Ch. 7 Case No. 03-31410

## ORDER DIRECTING CLERK OF THE COURT
## TO DEPOSIT FUNDS IN AN INTEREST-BEARING ACCOUNT

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on September 3, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On August 19, 2008, the Court held a hearing on its Order to Show Cause issued against Keith J. Mitan, attorney for Visuron Limited Partnership, for failure to pay costs and attorney's fees to the Chapter 7 Trustee, ordered by this Court on May 13, 2008.

Accordingly,

**IT IS ORDERED** that Keith J. Mitan shall deposit with the Clerk of the Court within

ten (10) days of the date of this Order, the sum of Two Thousand Six Hundred Forty-Five and 00/100 ($2,645.00) Dollars, representing costs and fees in the amount of $1,645.00 previously ordered, and an additional $1,000.00 incurred by the bankruptcy estate for the necessity of filing a motion to compel payment and appearing on same.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall deposit the sum of $2,645.00 in an interest-bearing account.

**IT IS FURTHER ORDERED** that these funds shall be held as a supersedeas bond pending further Order of this Court.

**IT IS FURTHER ORDERED** that the Clerk of the Court is hereby directed to deduct from the amount any fees authorized by the Judicial Conference of the United States.

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Keith J. Mitan, Esq.
Thomas J. Budzynski, Esq.