UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:
CASA COLONIAL LIMITED PARTNERSHIP,  Case No. 03-31410-dof
    DEBTOR
_____/

VISURON LIMITED PARTNERSHIP,

    Appellant,

                                             **CASE NO. 07-13895**
v.                                           **Hon. Patrick J. Duggan**

COLLENE K. CORCORAN, Chapter 7     Magistrate Judge
Trustee of the BR Estate of            Steven D. Pepe
Casa Colonial Limited Partnership,

    Appellee.
_____/

<u>ORDER DIRECTING CLERK OF THE COURT TO RELEASE FUNDS</u>

The matter having come before the court on ex-parte motion of Collene K. Corcoran, Chapter 7 Trustee, and the court being otherwise advised:

IT IS HEREBY ORDERED that the funds in the initial amount of $2,645.00, plus interest accrued, held by the Clerk of the Court in Case No. 07-13895, pursuant to this Court's Order of September 3, 2008 (Document 35), shall be returned and made payable to Collene K. Corcoran, Chapter 7 Trustee, Bankruptcy Estate of Casa Colonial Limited Partnership (Tax ID 38-3336446), Case No. 03-31410-dof, PO Box 535, Oxford, MI 48371).

1

IT IS FURTHER ORDERED that the Clerk of the Court shall deduct from the amount any fees authorized by the Judicial Conference of the United States.

                                                <u>S/Patrick J. Duggan</u>
                                                Patrick J. Duggan
                                                United States District Judge

Dated: April 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 13, 2010, by electronic and/or ordinary mail.

                                                <u>S/Marilyn Orem</u>
                                                Case Manager