UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VISURON LIMITED PARTNERSHIP,

                               Case No. 07-13895

         Plaintiff               Honorable Patrick J. Duggan

v.

Keith Mitan,

         Defendant

_____ /

<u>ORDER/JUDGMENT FOR FEES AND FOR CREDITORS EXAM</u>

The matter having come before the Court upon motion for contempt and for other relief, hearing having been held April 21, 2011, and the Court being otherwise advised;

IT IS HEREBY ORDERED that Judgment enters against Keith J. Mitan in the amount of $31,641.93, pursuant to the Mandate of the Sixth Circuit Court of Appeals entered January 24, 2011, and its Order Awarding Costs entered on May 17, 2010. (Case Nos. 07-2141, 07-2555, 08-1403, 08-1763)

IT IS FURTHER ORDERED that said Judgment is due and payable immediately.

IT IS FURTHER ORDERED that the Judgment may be enforced by all means allowable under Michigan or Federal Law, including but not limited to garnishment, execution, receivership or show cause.

IT IS FURTHER ORDERED that Keith J. Mitan shall submit himself for creditors exam within 20 days of entry of this Order,

1

at a time and place to be designated by Thomas J. Budzynski. Thomas J. Budzynski shall provide to Keith J. Mitan, a list of documents and information to be produced, and Keith J. Mitan shall produce all documents and information requested, ten (10) days in advance of the scheduled creditor's exam.

IT IS FURTHER ORDERED that the information obtained in the creditor's exam shall be used for the sole purposes of the Bankruptcy Estate of Casa Colonial and its agents enforcing collection, and shall not be disclosed to other third parties.

<u>s/Patrick J. Duggan</u>
Patrick J. Duggan
United States District Judge

Dated: August 25, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, August 25, 2011, by electronic and or ordinary mail.

<u>s/Marilyn Orem</u>
Case Manager